UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LAUREN R. JACOB** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** |
| | * | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | **SECTION " "** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

Complainant, **LAUREN R. JACOB**, a natural person of the full age of majority, domiciled and residing in the Parish of St. Tammany, State of Louisiana, with respect, avers:

I.

Defendant, **UNUM LIFE INSURANCE COMPANY OF AMERICA** (hereinafter "UNUM"), is a foreign insurance corporation, having the State of Maine as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendants are citizens of a states other than Louisiana, and the amount in controversy exceeds $75,000.

III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

IV.

Since on or about January 8, 2014, while employed by Apache Corporation, Complainant has been, is now and will remain in a continuous state of disability and/or reduced ability to secure gainful employment, which disability began while Complainant was domiciled and residing at all relevant times in St. Tammy Parish, Louisiana.

V.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **UNUM**, which insures Complainant and which entitles Complainant to benefits for the above-described disability.

VI.

The Complainant has become, and will remain into the future, disabled within the meaning of the disability insurance policy written by **UNUM**.

VII.

Defendant, **UNUM** has failed to pay benefits to Complainant to which she is clearly entitled under the UNUM insurance policy.

VIII.

Defendant, **UNUM**, has breached its fiduciary duty to the Complainant by failing to pay the total disability benefits to which she is entitled, under the disability insurance policy issued by UNUM.

IX.

The actions of Defendant, **UNUM**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

X.

The Complainant is entitled to receive total disability benefits as defined by the UNUM insurance policy.

XI.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **UNUM**, expended by Complainant in pursuit of her claims.

**WHEREFORE**, Complainant, **LAUREN R. JACOB**, prays for judgment in her favor and against Defendant, **UNUM LIFE INSURANCE COMPANY OF AMERICA**, for benefits, enforcing her rights and clarifying her rights to future benefits, in such an

amount as will fairly and fully compensate her according to law, together with legal interest, costs, and attorney's fees and for legal and equitable relief as this Court is empowered to grant.

        Respectfully Submitted,

          s/J. Price McNamara
        _____
        **J. PRICE McNAMARA  (20291)**
        9431 Common Street
        Baton Rouge, LA 70809
        Telephone: 225-201-8311
        Facsimile: 225-201-8313
        Attorney for Complainant,
        Lauren R. Jacob